Thomas Jacob, Appellant, *v.* Prudential Insurance
Company of America, Respondent.

Argued June 2, 1939; decided June 21, 1939.

*Salem G. Mansour* for appellant.

*Ansley Wilcox, 2d,* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J. Taking no part: O'BRIEN, J.